427 A.2d 1208

Commonwealth v. Burrell, Appellant.

Submitted June 29, 1979. John Alden, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Judgment of sentence affirmed.

427 A.2d 1208

Commonwealth v. Drayton, Appellant.

Submitted September 13, 1979. Edward T. Feierstein, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation. Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.